## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795  www.gottlieblaw.net

July 10, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:   *Herrera v. Christian Brothers University*
                <u>Case No.: 1:25-cv-02965-RA</u>

Dear Judge Abrams,

        The undersigned represents Edery Herrera, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Christian Brothers University, ("Defendant") and am writing on behalf of both parties. The parties have met and have made significant progress in their settlement discussions and believe we are close to reaching a final resolution of this matter.

        Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

        Respectfully submitted,

        GOTTLIEB & ASSOCIATES

        <u>*/s/Jeffrey M. Gottlieb, Esq.*</u>
        Jeffrey M. Gottlieb, Esq.

Cc: All counsel of record via ECF